HENRIETTA R. TRACY v. GRAND CONCOURSE SERVICE COMPANY, INC. FREDERICK S. TRACY v. GRAND CONCOURSE SERVICE COMPANY, INC.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT S. LIVINGSTON v. CLARENCE H. LIVINGSTON and Others.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NATHAN L. OTTINGER v. JAMES COOK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ISABEL B. DE ROJAS v. ELIAS ROJAS.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LA BRECQUE CO., INC., v. E. J. BARTON LIGHTERAGE COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of ADOLPH M. SCHWARZ.— Motion denied. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NATIONAL UNION FIRE INSURANCE COMPANY v. CUBAN COMMERCIAL AND INDUSTRIAL COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THOMAS F. TURLEY and Others v. DORA HASKEL.— Motion for stay denied and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNA M. CARRERE and Others, as Executors, etc., v. ARTHUR V. KALDENBERG, Impleaded, etc.— Motion denied, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANNA M. CARRERE and Others, as Executors, etc., v. FORREST KALDENBERG, Impleaded, etc.— Motion denied, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANNA M. CARRERE and Others, as Executors, etc., v. FORREST KALDENBERG, as Administrator, etc., Impleaded, etc.— Motion granted; order of November 25, 1921, vacated, and order of Supreme Court entered October 19, 1921, affirmed, with ten dollars costs and disbursements to respondents, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY ABBOUD, Appellant.— Judgment reversed upon the ground that the judgment of conviction was against the weight of the evidence. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Clarke, P. J., dissenting.

DRESS CLEARING HOUSE, INC., Respondent, v. AARON RAPPAPORT and Others, Individually and as Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH GINOLINO, Respondent, v. FRANK LANE, Doing Business under the Name and Style of FRANK LANE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.